**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

MAR -7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| PETE RAMIREZ | Case No. 05-52475 SLJ |
| SANDRA R RAMIREZ | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2485718 for an unclaimed dividend in the amount of $2.96. The name and address of the claimant entitled to the unclaimed dividend is as follows;

PETE RAMIREZ
SANDRA R RAMIREZ
5726 ORCHARD PARK DR
SAN JOSE, CA 95123

Dated: March 03, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE